Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:03-cr-00205-12 |
| v. ) | Judge Trauger |
| ) | |
| BENANCIO PEREZ-SANTANA | |

**MOTION TO DISMISS**

The United States of America, by and through Donald Q. Cochran, United States Attorney for the Middle District of Tennessee, and Assistant United States Attorney Brent A. Hannafan, hereby moves to dismiss this case with prejudice against defendant Santana-Perez.

This case was indicted in 2003. It was administratively closed in 2008. The United States does not have any information on defendant's location, does not expect he will be arrested in the near future, and would face challenges in prosecuting this defendant at trial due to the lapse in time since indictment. Given those circumstances, the United States hereby moves to dismiss this case with prejudice.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney
Middle District of Tennessee

 /s Brent A. Hannafan
Brent A. Hannafan
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151